John R. Keough, III (JK 6013)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Plaintiff
ST SHIPPING AND TRANPORT INC.
111 Broadway, 4th Floor
New York, New York 10006
Telephone: (212) 227-3550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ST SHIPPING AND TRANSPORT INC.,

                Plaintiff,

    -against-

GOLDEN FLEECE MARITIME INC.,

                Defendants.
------------------------------------------------------------------X

ECF CASE

07 Civ. 3730 (DLC)(JCF)

**RULE 7.1 STATEMENT**

Pursuant to F.R.Civ.P. 7.1, the Plaintiff, ST SHIPPING AND TRANSPORT INC., identifies the following as a parent corporation or a publicly-held corporation owning 10% or more of Plaintiff stock:

NONE.

Dated: New York, New York
       May 10, 2007

                              **WAESCHE, SHEINBAUM & O'REGAN, P.C.**
                              Attorneys for Plaintiff
                              ST SHIPPING AND TRANSPORT INC.

                              By: _____s/_____
                                  John R. Keough, III (JK 6013)
                                  111 Broadway, 4th Floor
                                  New York, New York  10006
                                  (212) 227-3550