


JUDGE COTE

John R. Keough, III (JK 6013)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Plaintiff
ST SHIPPING AND TRANPORT INC.
111 Broadway, 4th Floor
New York, New York 10006
Telephone: (212) 227-3550

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ST SHIPPING AND TRANSPORT INC.,

                Plaintiff,

  -against-

GOLDEN FLEECE MARITIME INC.,

                Defendants.
-------------------------------------------------------------X

ECF CASE

07 Civ.

**ORDER APPOINTING SPECIAL
PROCESS SERVER PURSUANT
TO RULES 4 AND B**

    An application having been made by counsel for the Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) and Supplemental Rule B(1)(d)(ii) of the Federal Rules of Civil Procedure,

    **NOW**, on reviewing the affidavit of John R. Keough, III, sworn to on May 10, 2007, and it appearing that such appointment will result in substantial economies in time and expense, it is hereby

    **ORDERED** that John R. Keough, III, John R. Foster, Cody D. Constable, Michael Griffin, or any other partner, associate, or agent of Waesche, Sheinbaum & O'Regan, P.C., who is at least 18 years of age and not a party to this action be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment, as well as any Supplemental Process, and the Verified Complaint, together with

any interrogatories, upon the garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated: New York, New York
      May 11, 2007

                                                                              _____
                                                                              U.S.D.J