**Waesche, Sheinbaum & O'Regan, P.C.**
Counsel for the Plaintiff
111 Broadway
New York, New York 10006-1991
Telephone: (212) 227-3550
John R. Keough, III (JK6013)
John R. Foster (JF3635)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ST SHIPPING AND TRANSPORT INC., <br><br>　　　　　　　　　　　　Plaintiff, <br><br>　-against- <br><br>GOLDEN FLEECE MARITIME INC., <br><br>　　　　　　　　　　　　Defendant. | ECF CASE <br><br> 07 Civ. 03730 (DC) <br><br> **NOTICE OF DISMISSAL** |

　　　　PLEASE TAKE NOTICE that, pursuant to F.R.Civ.P. 41(a), the Plaintiff voluntarily dismisses the above-captioned action without prejudice. No adverse party has served an answer or a motion for summary judgment in this action.

Dated:　New York, New York
　　　　August 22, 2007

　　　　　　　　　　　　　　　　　　Waesche, Sheinbaum & O'Regan, P.C.
　　　　　　　　　　　　　　　　　　Attorneys for the Plaintiff

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　John R. Foster
　　　　　　　　　　　　　　　　　　Attorney ID: JF3635
　　　　　　　　　　　　　　　　　　111 Broadway, 4th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　　　(212) 227-3550

TO:

THE CLERK OF THE COURT