USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

Waesche, Sheinbaum & O'Regan, P.C.
Counsel for the Plaintiff
111 Broadway
New York, New York 10006-1991
Telephone: (212) 227-3550
John R. Keough, III (JK6013)
John R. Foster (JF3635)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ST SHIPPING AND TRANSPORT INC.,

           Plaintiff,

-against-

GOLDEN FLEECE MARITIME INC.,

           Defendant.

ECF CASE

07 Civ. 03730 (DC)

NOTICE OF DISMISSAL

      PLEASE TAKE NOTICE that, pursuant to F.R.Civ.P. 41(a), the Plaintiff voluntarily dismisses the above-captioned action without prejudice. No adverse party has served an answer or a motion for summary judgment in this action.

Dated: New York, New York
       August 22, 2007

                Waesche, Sheinbaum & O'Regan, P.C.
                Attorneys for the Plaintiff

                By: _____
                     John R. Foster
                Attorney ID: JF3635
                111 Broadway, 4th Floor
                New York, NY 10006
                (212) 227-3550

TO:

THE CLERK OF THE COURT

So ordered.
/s/ Denise Cote
May 9, 2008